UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV20-9431 MCS (PVCx) | Date | November 16, 2020 |
| Title | *Nike Inc. v. Warren Lotas et al* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christopher J. Renk<br>Michael J. Harris<br>Rhonda R. Trotter | Karin G. Pagnanelli<br>Geoffrey A. Lottenberg |

**Proceedings:**   **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION RE TRADEMARK (Dkt. No. 19)**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner.  Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. Counsel address the Court. The Court takes the Motion for Preliminary Injunction re Trademark [19] UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**