JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WARREN LOTAS <br><br> and <br><br> WARREN LOTAS, LLC, <br><br> Defendants. | Case No. 2:20-cv-09431 MCS (PVCx) <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The Court, being advised that the parties stipulate and agree to the entry of a final and enforceable judgment on the terms set forth herein, enters this Order as a final and enforceable judgment in this matter.

**IT IS HEREBY ORDERED** that judgment is entered that Plaintiff is the exclusive owner of the following registered trademarks and all related common law rights: U.S. Trademark Registration Nos. 977,190; 978,952; 1,214,930; 1,277,066; 1,284,385; 1,323,342; 1,323,343; 1,945,654; 1,990,180; 3,711,303; 3,711,305;

3,721,064; and 3,780,236 (collectively, the "Asserted Marks," examples of which are shown below);



| Swoosh Design | NIKE Word Mark |



| Dunk Trade Dress | Dunk Outsole | DUNK Word Mark |

**IT IS FURTHER ORDERED** that judgment is entered that the Asserted Marks are valid and enforceable;

**IT IS FURTHER ORDERED** that judgment is entered against Defendants for:

(a) infringing the Asserted Marks in violation of 15 U.S.C. §1114 by promoting, offering for sale, and/or selling the products identified in the table below (the "Infringing Products");

(b) using false designations of origin in violation of 15 U.S.C § 1125(a) by promoting, offering for sale, and/or selling the Infringing Products;

(c) diluting the Asserted Marks in violation of 15 U.S.C. § 1125(c) by promoting, offering for sale, and/or selling the Infringing Products;

(d) engaging in unlawful, unfair or fraudulent business practices in violation of §§ 17200, *et seq.*, of the California Bus. & Prof. Code by promoting, offering for sale, and/or selling the Infringing Products; and

(e) violating Plaintiff's common law rights in the Asserted Marks by promoting, offering for sale, and/or selling the Infringing Products;

| INFRINGING PRODUCTS | |
|---|---|
| **Product Name** | **Product Image** |
| Skull Swoosh AJ1 Cactus Jack | |
| Skull Force 1 | |
| BILL by Warren Lotas Skull Force Nike Air Force 1 | |
| Realtree Skull Force 1's | |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

| INFRINGING PRODUCTS ||
|---|---|
| Product Name | Product Image |
| Warren Lotas x Staple Pigeon OG | |
| Warren Lotas Freddy Broccolini Chanclas | |
| Toxic Green | |
| Warren Lotas Jason SB Dunk Low | |
| Warren Lotas Skill Signature Swoosh T-shirt | |
| World Cup Brazil Neymar T-shirt | |

| INFRINGING PRODUCTS ||
| Product Name | Product Image |
| --- | --- |
| Warren Lotas Skull Staple Barbed Wire Long Sleeve Shirt | |
| Warren Lotas Barbed Wire Hoodie | |
| Warren Lotas NBA Spurs Hoodie | |
| Warren Lotas Hammer Shorts | |

| INFRINGING PRODUCTS ||
|---|---|
| **Product Name** | **Product Image** |
| Warren Lotas Shorts | |
| Warren Lotas Tie-dye Barbed Wire Shorts | |
| Warren Lotas Barbed Wire Shorts | |
| Warren Lotas NBA Reaper Shorts | |

**IT IS FURTHER ORDERED** that Defendants, and their affiliates, officers, agents, employees, attorneys, and all other persons acting in concert with Defendants, are hereby permanently enjoined from:

CONSENT JUDGMENT AND PERMANENT INJUNCTION

(a) manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks or any other marks, names, symbols, or logos which are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any products that Defendants caused to enter the stream of commerce or any of Defendants' commercial activities are sponsored or licensed by Plaintiff, are authorized by Plaintiff, or are connected or affiliated in some way with Plaintiff or the Asserted Marks;

(b) manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks and/or confusingly similar marks;

(c) implying Plaintiff's approval, endorsement, or sponsorship of, or affiliation or connection with, Defendants' products, services, or commercial activities, passing off Defendants' business as that of Plaintiff, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Plaintiff and from otherwise interfering with or injuring the Asserted Marks or the goodwill associated therewith;

(d) engaging in any act which is likely to dilute the distinctive quality of the Asserted Marks and/or injures Plaintiff's business reputation;

(e) representing or implying that Defendants are in any way sponsored by, affiliated with, or licensed by Plaintiff; and/or

(f) knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities prohibited in (a) through (e) above;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein;

**IT IS FURTHER ORDERED** that this Order terminates all proceedings in this action and all future dates are stricken.

**IT IS SO ORDERED.**

**SIGNED AND ENTERED** this 14th day of December, 2020.

_____
Hon. Mark C. Scarsi
United States District Judge

CONSENT JUDGMENT AND PERMANENT INJUNCTION